UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NEW YORK STATE NURSES ASSOCIATION
BENEFITS FUND, through the Chairperson of
the Board of Trustees, Dennis Buchanan, and
the Secretary of the Board of Trustees, Nancy
Kaleda,
            Plaintiff,

v.

THE NYACK HOSPITAL,
           Defendant.
------------------------------------------------------------x

**ORDER**

17 CV 1899 (VB)

The Court conducted a status conference on November 13, 2019, at which counsel for both parties appeared in person. Accordingly, it is HEREBY ORDERED:

1. The Court will hold a supplemental status conference on December 18, 2019, at 9:30 a.m.

2. By December 13, 2019, counsel shall meet and confer in a good faith effort to agree on the next steps for this case, and submit a joint letter regarding their agreed upon and/or respective views regarding same.

Dated: November 14, 2019
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge