UNITED STATES DISTRICT COURT for the
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NEW YORK STATE NURSES ASSOCIATION BENEFITS
FUND, through the Chairperson of the Board of Trustees, Dennis
Buchanan, and the Secretary of the Board of Trustees,
Nancy Kaleda,

                              Plaintiff,

       -against-

THE NYACK HOSPITAL,

                            Defendant.
-------------------------------------------------------------------X

**PROPOSED JUDGMENT**

17-CV-1899

(Briccetti, J.)
(Smith, M.J.)

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated September 27, 2019, the Plaintiff New York State Nurses Association Benefits Fund's (the "Fund") motion for summary judgment is granted in part and denied in part, and Defendant Nyack Hospital's cross-motion for summary judgment is granted in part and denied in part and, as such, the Fund is entitled to conduct an audit examination for the period January 1, 2015 through December 31, 2015 of the payroll records for all of Nyack Hospital's registered nurses, but is not entitled to conduct an audit examination for the period January 1, 2015 through December 31, 2015 of the payroll records of any of Nyack's employees who are not registered nurses; accordingly, the case is closed.

**Dated:**     White Plains, New York
               12/17, 2019

                                                                       **Vincent L. Briccetti, U.S.D.J.**