UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
NEW YORK STATE NURSES :
ASSOCIATION BENEFITS FUND, :
through the Chairperson of the Board :
of Trustees, Dennis Buchanan, and : **ORDER**
the Secretary of the Board of :
Trustees, Nancy Kaleda, : 17 CV 1899 (VB)
         Plaintiff, :
  :
v. :
  :
THE NYACK HOSPITAL, :
         Defendant. :
--------------------------------------------------------------x

    By Opinion and Order dated September 27, 2019, the Court granted in part and denied in part the parties' cross-motions for summary judgment. (Doc. #78). Both parties appealed.

    On August 19, 2022, the Second Circuit issued an opinion vacating the September 27, 2019, Order, and remanding the case to this Court to determine whether and how to issue an appropriate confidentiality order, and thereafter to enter a final judgment consistent with the opinion. (Doc. #93). The mandate issued on October 7, 2022. (Doc. #94).

    Accordingly, it is hereby ORDERED that by November 14, 2022, the parties shall:

1. Submit a joint proposed confidentiality order and a joint proposed order of final judgment, each consistent with the Second Circuit's opinion.

2. If, for some reason, the parties are unable to agree on a joint proposed confidentiality order, the parties shall file a joint letter, not to exceed 3 pages, explaining the parties' respective positions.

Dated: October 11, 2022
       White Plains, NY

                                  SO ORDERED:

                                  _____
                                  Vincent L. Briccetti
                                  United States District Judge