UNITED STATES DISTRICT COURT for the
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
NEW YORK STATE NURSES ASSOCIATION BENEFITS
FUND, through the Chairperson of the Board of Trustees, Dennis
Buchanan, and the Secretary of the Board of Trustees,
Nancy Kaleda,

                  Plaintiff,

       -against-

THE NYACK HOSPITAL,

                  Defendant.
-------------------------------------------------------------------X

**AMENDED FINAL JUDGMENT**

17-CV-1899

(Briccetti, J.)

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Opinion of the U.S. Court of Appeals for the Second Circuit dated August 19, 2022, the Plaintiff New York State Nurses Association Benefits Fund's (the "Fund") motion for summary judgment is granted in its entirety, and Defendant Nyack Hospital's cross-motion for summary judgment is denied in its entirety and, as such, the Fund is entitled to conduct an audit examination for the period January 1, 2015 through December 31, 2015 of the payroll records for Nyack Hospital in accordance with the Court's Confidentiality Order (ECF No. 10); accordingly, the case is closed.

**Dated:** White Plains, New York
12\1, 2022

**Vincent L. Briccetti, U.S.D.J.**